Allan ELIAS, Plaintiff—Appellant,

v.

Scott DOMINGUEZ, by and through his guardian and conservator Jackie Hemp; et al., Defendants—Appellees.

No. 06–35267.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 7, 2006.*

Filed Aug. 11, 2006.

Allan Elias, Big Spring, TX, pro se.

Before: SCHROEDER, Chief Judge, REINHARDT and HAWKINS, Circuit Judges.

MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

All pending motions are denied as moot.

**AFFIRMED.**